**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Robert Lee Willis DOC No. 219804
Riverbend Det. -Phase 2/E Dorm
9450 Hwy 65
Lake Providenc LA 71254

**REHEARING ACTION: December 30, 2015**

**Docket Number: 15   00649-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT LEE WILLIS**

**Writ Application from Vernon Parish Case No. 81479-483**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Lee Willis** has this day been

    **DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7

cc: Hon. Asa Allen Skinner, Counsel for  the Respondent